**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **ROBERT SMITH,** | ) | **NO. CV 18-4198-FMO (KS)** |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| | ) | |
| **STEVE LANGFORD,** | ) | |
| **Respondent.** | ) | |
| _____ | ) | |

     Pursuant to the Court's Order Dismissing the Petition, IT IS ADJUDGED that this action is dismissed without prejudice.


DATED:   July 20, 2018

                                      _____/s/_____
                                        FERNANDO M. OLGUIN
                                    UNITED STATES DISTRICT JUDGE